ORIGINAL

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL nakajima@flex-law.gr.jp
Attorney for Shogakukan Inc.

FILED
DEC 09 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DMR

CV 20        80220MISC

BY FAX

December 7, 2020

**Via Email**

Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

      *RE:*    *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
               **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent Shogakukan Inc., a Japanese corporation (hereinafter called "Shogakukan"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to Shogakukan's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://manga1000.com/, https://manga1001.com/,https://loveheaven.net/, https://kisslove.net/,https://batoscan.net/   more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    Shogakukan has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that

you remove or disable the Infringing Work from
https://manga1000.com/, https://manga1001.com/,https://loveheaven.net/, https://kisslove.net/,https://batoscan.net/,or any of your system or services.

    We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

    Very truly yours,

    Hiroyuki Nakajima
    Attorney at Law

*[signature: Hiroyuki Nakajima]*

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://manga1000.com/%e3%82%b1%e3%83%b3%e3%82%ac%e3%83%b3%e3%82%aa%e3%83%a1%e3%82%ac-raw-free/ | ケンガンオメガ (Raw – Free) |
| 2 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://manga1000.com/%e3%80%90%e7%ac%ac54%e8%a9%b1%e3%80%91%e3%82%b1%e3%83%b3%e3%82%ac%e3%83%b3%e3%82%aa%e3%83%a1%e3%82%ac-raw/ | ケンガンオメガ – Raw 【第54話】 |
| 3 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://manga1001.com/%e3%82%b1%e3%83%b3%e3%82%ac%e3%83%b3%e3%82%aa%e3%83%a1%e3%82%ac-raw-free/ | ケンガンオメガ – Raw 【第54話】 |
| 4 | 裏バイト:逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://manga1000.com/%e8%a3%8f%e3%83%90%e3%82%a4%e3%83%88%e9%80%83%e4%ba%a1%e7%a6%81%e6%ad%a2-raw-free/ | 裏バイト:逃亡禁止 (Raw – Free) |
| 5 | 裏バイト:逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://manga1000.com/%e3%80%90%e7%ac%ac11%e8%a9%b1%e3%80%91%e8%a3%8f%e3%83%90%e3%82%a4%e3%83%88-%e9%80%83%e4%ba%a1%e7%a6%81%e6%ad%a2-raw/ | 裏バイト:逃亡禁止 – Raw 【第11話】 |
| 6 | 裏バイト:逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://manga1001.com/%e8%a3%8f%e3%83%90%e3%82%a4%e3%83%88%e9%80%83%e4%ba%a1%e7%a6%81%e6%ad%a2-raw-free/ | 裏バイト:逃亡禁止 (Raw – Free) |
| 7 | 名探偵コナン (Detective Conan) | 青山 剛昌 (Gosho Aoyama) | https://www.conan-portal.com/ | https://manga1000.com/meitantei-conan-raw-free/ | MEITANTEI CONAN (Raw – Free) |
| 8 | 名探偵コナン (Detective Conan) | 青山 剛昌 (Gosho Aoyama) | https://www.conan-portal.com/ | https://manga1001.com/meitantei-conan-raw-free/ | MEITANTEI CONAN (Raw – Free) |
| 9 | 名探偵コナン (Detective Conan) | 青山 剛昌 (Gosho Aoyama) | https://www.conan-portal.com/ | https://loveheaven.net/manga-meitantei-conan-raw.html | MEITANTEI CONAN – RAW |
| 10 | 名探偵コナン (Detective Conan) | 青山 剛昌 (Gosho Aoyama) | https://www.conan-portal.com/ | https://kisslove.net/manga-meitantei-conan-raw.html | MEITANTEI CONAN – RAW |
| 11 | 名探偵コナン警察学校編 (Detective Conan POLICE ACADEMY) | 青山 剛昌 (Gosho Aoyama) | https://websunday.net/rensai/wildpolice/ | https://batoscan.net/manga-detective-conan-police-academy-arc-wild-police-story-raw.html | DETECTIVE CONAN: POLICE ACADEMY ARC WILD POLICE STORY – |
| 12 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comics/31480/ | https://loveheaven.net/manga-yamikin-ushijima-kun-raw.html | YAMIKIN USHIJIMA-KUN – RAW |
| 13 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comics/31480/ | https://batoscan.net/manga-yamikin-ushijima-kun-raw.html | YAMIKIN USHIJIMA-KUN – RAW |
| 14 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comics/31480/ | https://kisslove.net/manga-yamikin-ushijima-kun-raw.html | YAMIKIN USHIJIMA-KUN – RAW |

**EXHIBIT A**

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL nakajima@flex-law.gr.jp
Attorney for Shueisha Inc.

December 7, 2020

**Via Email**

Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

      *RE:*    *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
              **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent Shueisha Inc., a Japanese corporation (hereinafter called "Shueisha "), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to Shueisha 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://manga1000.com/, https://manga1001.com/,https://loveheaven.net/, https://kisslove.net/,https://batoscan.net/ more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    Shueisha has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that

you remove or disable the Infringing Work from
https://manga1000.com/, https://manga1001.com/,https://loveheaven.net/,
https://kisslove.net/,https://batoscan.net/,or any of your system or services.

    We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that Shueisha and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

    Very truly yours,

    Hiroyuki Nakajima
    Attorney at Law

*Hiroyuki Nakajima*

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ONE PIECE | 尾田 栄一郎 (Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://manga1000.com/%e3%83%af%e3%83%b3%e3%83%94%e3%83%bc%e3%82%b9-raw-free1/ | ワンピース (Raw - Free) |
| 2 | ONE PIECE | 尾田 栄一郎 (Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://manga1001.com/%e3%83%af%e3%83%b3%e3%83%94%e3%83%bc%e3%82%b9-raw-free1/ | ワンピース (Raw - Free) |
| 3 | ONE PIECE | 尾田 栄一郎 (Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://loveheaven.net/manga-one-piece.html | ONE PIECE - RAW |
| 4 | ONE PIECE | 尾田 栄一郎 (Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://kisslove.net/manga-one-piece-raw.html | ONE PIECE - RAW |
| 5 | 僕のヒーローアカデミア (My Hero Academia) | 堀越耕平 (Kohei Horikoshi) | https://www.shonenjump.com/j/rensai/myhero.html | https://manga1000.com/%e5%83%95%e3%81%ae%e3%83%92%e3%83%bc%e3%83%ad%e3%83%bc%e3%82%a2%e3%82%ab%e3%83%87%e3%83%9f%e3%82%a2-raw/ | 僕のヒーローアカデミア (Raw - Free) |
| 6 | 僕のヒーローアカデミア (My Hero Academia) | 堀越耕平 (Kohei Horikoshi) | https://www.shonenjump.com/j/rensai/myhero.html | https://manga1001.com/%e5%83%95%e3%81%ae%e3%83%92%e3%83%bc%e3%83%ad%e3%83%bc%e3%82%a2%e3%82%ab%e3%83%87%e3%83%9f%e3%82%a2-raw/ | 僕のヒーローアカデミア (Raw - Free) |
| 7 | 僕のヒーローアカデミア (My Hero Academia) | 堀越耕平 (Kohei Horikoshi) | https://www.shonenjump.com/j/rensai/myhero.html | https://loveheaven.net/manga-boku-no-hero-academia-raw.html | BOKU NO HERO ACADEMIA - RAW |
| 8 | 僕のヒーローアカデミア (My Hero Academia) | 堀越耕平 (Kohei Horikoshi) | https://www.shonenjump.com/j/rensai/myhero.html | https://kisslove.net/manga-boku-no-hero-academia-raw.html | BOKU NO HERO ACADEMIA - RAW |
| 9 | 鬼滅の刃 (Demon Slayer) | 吾峠呼世晴 (Koyoharu Gotouge) | https://kimetsu.com/ | https://batoscan.net/manga-kimetsu-no-yaiba-raw.html | KIMETSU NO YAIBA - RAW |
| 10 | 呪術廻戦 (Jujutsu Kaisen) | 芥見下々 (Akutami Gege) | https://www.shonenjump.com/j/rensai/jujutsu.html | https://batoscan.net/manga-jujutsu-kaisen-raw.html | JUJUTSU KAISEN - RAW |